[No. 31834-2-II.  Division Two.  October 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY LEWIS BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-00045-9, Roger A. Bennett, J., entered May 21, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 32281-1-II.  Division Two.  October 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. REBECCA JANE SHARPE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00734-4, Richard L. Brosey, J., entered September 27, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Houghton, J.

[No. 32351-6-II.  Division Two.  October 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PATRICK AARTS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00704-0, Wm. Thomas McPhee, J., entered October 11, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 32877-1-II.  Division Two.  October 11, 2005.]

*In the Matter of the Marriage of* DAWN RUNGE, *Respondent*, and LOUIE RUNGE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-3-01461-2, Christine A. Pomeroy, J., entered February 15, 2005. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Van Deren, JJ.